IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:08cr40-WC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(4); 21 USC 844(a)] |
| | ) | |
| KEITH MAURICE MCGOWAN | ) | INFORMATION |

The United States Attorney charges:

### COUNT ONE

On or about the 8th of November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, KEITH MAURICE MCGOWAN, did unlawfully operate a motor vehicle under the combined influence of alcohol and a controlled substance to a degree which rendered him incapable of safely driving in violation of Title 18, Section 13, United States Code, and Title 32, Section 5A-191(a)(4), Code of Alabama 1975.

### COUNT TWO

On or about the 8th of November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, KEITH MAURICE MCGOWAN, did unlawfully, knowingly, and intentionally possess marijuana, marijuana being a Schedule I controlled substance, in violation of Title 21, Section 844(a), United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

                      EMILY M. RUISANCHEZ
                      SPECIAL ASSISTANT U.S. ATTORNEY
                      GA BAR NO. 142573
                      Office of the Staff Judge Advocate
                      Soldier Service Center, Building 5700
                      Fort Rucker, Alabama 36362-5000
                      (334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 8th of November 2007, I was conducting a safety/security DUI Checkpoint at the Enterprise Gate. At approximately 0107 A.M., I observed blue in color, 2002 Nissan Altima, bearing (AL/07) license plate # AR13592. The vehicle entered the ID Checkpoint Lane and was randomly selected to enter the Inspection Lane. I made contact with the driver of a motor vehicle who was later identified as KEITH MAURICE MCGOWAN. Upon initial contact with the driver, I detected a strong odor of an alcoholic beverage emitting from his person. I asked the driver to cutoff and exit his vehicle. I observed KEITH MAURICE MCGOWAN having difficulty keeping his balance as he walked over to the curb. Investigator Reeves and I searched MCGOWAN'S vehicle. I observed a brown bag containing one Bush Light glass bottle containing a small amount of liquid that had the odor of alcohol. I asked MCGOWAN to perform a field sobriety tests all of which he failed. He had difficulty performing the Horizontal Gaze Nystagmas both eyes lacked smooth pursuit. MCGOWAN refused to submit to any more Field Sobriety Test, but stated that he would take a Breathalyzer Test at the MP Station. MCGOWAN was asked if there was anything the military police should know about and he pointed out a bag of marijuana in his right front jacket pocket. KEITH MAURICE MCGOWAN was placed under apprehension. He was advised of the Alabama Implied Consent Law. MCGOWAN was transported to the Dale County Medical Center by Emergency Services due to his complaining of medical problems. He was evaluated and released. MCGOWAN was later transported to the MP Station for further processing and released to his own recognizance. In my opinion as a law enforcement officer, MCGOWAN was under the influence of alcohol and/or drugs.

_____
BENJAMIN SCOTT EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __13__ day of __Feb__ 2008.

_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS