AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA     APPEARANCE

vs     Case No.1:08cr40-WC

KEITH MAURICE MCGOWAN

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for


__3-24-08__  
Date

__/s/ G.A. Lindsey__  
Signature

__G. A. Lindsey__  
Print Name

__P.O. Box 327__  
Address

__Elba__     __AL__     __36323__  
City     State     Zip Code

__(334) 447-2859__     __(334) 897-6129__  
Telephone Number