UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:08-CR-00040-WC |
| ) | |
| KEITH MAURICE MCGOWAN ) | |

### STATUS REPORT PURSUANT TO ORDER ON ARRAIGNMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on February 20, 2008.

2. Mr. McGowan was arraigned on May 13, 2008.

3. This case is scheduled for the trial period beginning July 14, 2008.

Respectfully submitted this the 25th day of June, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00040-WC |
| | ) | |
| **KEITH MAURICE MCGOWAN** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. A. Lindsey, Attorney for Keith Maurice McGowan, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Keith Maurice McGowan.

                          Respectfully submitted,

                          LEURA GARRETT CANARY
                          UNITED STATES ATTORNEY

                          /s/ Emily M. Ruisanchez
                          EMILY M. RUISANCHEZ
                          Special Assistant United States Attorney
                          Soldier Service Center, Bldg. 5700
                          Fort Rucker, Alabama 36362
                          Telephone: (334) 255-9141
                          Fax: (334) 255-1869
                          E-mail: emily.ruisanchez@us.army.mil