IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:1:08cr40-WC |
| | ) | |
| **KEITH MAURICE McGOWAN** | ) | |

**ORDER**

For good cause, it is

ORDERED that **Attorney G. A. Lindsey shall appear before the undersigned Magistrate Judge on July 8, 2008, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama,** to show cause why sanctions should not be imposed for counsel's failure to follow this Court's Order of May 16, 2008 (Doc. #8), directing counsel to attend a Pretrial Conference by telephone on June 30, 2008, at 9:00 a.m.

DONE this 2nd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE