UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00040-WC |
| | ) | |
| KEITH MAURICE MCGOWAN | ) | |

## JOINT MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for July 14, 2008, and as grounds would show unto the Court the following:

The parties are undergoing negotiations in this case, and jointly request a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 2nd day of July, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00040-WC |
| ) | |
| KEITH MAURICE MCGOWAN ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. A. Lindsey, Attorney for Keith Maurice McGowan, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Mr. Keith Maurice McGowan.

                Respectfully submitted,

                LEURA GARRETT CANARY
                UNITED STATES ATTORNEY


                /s/ Emily M. Ruisanchez
                EMILY M. RUISANCHEZ
                Special Assistant United States Attorney
                Soldier Service Center, Bldg. 5700
                Fort Rucker, Alabama 36362
                Telephone: (334) 255-9141
                Fax: (334) 255-1869
                E-mail: emily.ruisanchez@us.army.mil