UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00040-WC |
| | ) | |
| KEITH MAURICE MCGOWAN | ) | |

## MOTION FOR TELEPHONIC APPEARANCE AT SHOW CAUSE HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow for a telephonic appearance at the show cause hearing in the above-styled case, scheduled for July 8, 2008, at 9:00 A.M., and as grounds would show unto the court the following:

1. The undersigned Special Assistant United States Attorney is assigned to Fort Rucker, Alabama, and transportation to and from Montgomery would require costs to the United States Government that would be greatly reduced if telephonic appearance is granted.

2. The undersigned Special Assistant United States Attorney would coordinate for telephonic conference with the Court.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court allow for a telephonic appearance in the show cause hearing.

Respectfully submitted this the 3rd day of July, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00040-WC |
| ) | |
| KEITH MAURICE MCGOWAN ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. A. Lindsey, Attorney for Keith Maurice McGowan, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Keith Maurice McGowan.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil