IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.:1:08cr40-WC |
| ) | |
| KEITH MAURICE McGOWAN ) | |

ORDER

Upon consideration of the Government's motion for Telephonic Appearance at Show Cause Hearing (Doc. #15), it is

ORDERED that the Motion (Doc. #15) is GRANTED. Counsel for the United States may attend the hearing on 8 July 2008, by telephone.

DONE this 7th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE