UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00040-WC |
| | ) | |
| KEITH MAURICE MCGOWAN | ) | |

## STATUS REPORT PURSUANT TO ORDER

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and provides a status report to the Court as follows:

1. Information was filed on February 20, 2008.

2. Mr. McGowan was arraigned on May 13, 2008.

3. This case was rescheduled for the trial period beginning September 22, 2008.

4. The parties are in communication, are undergoing negotiations, and do expect to reach a plea agreement in this case.

Respectfully submitted this the 11th day of July, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00040-WC |
| ) | |
| KEITH MAURICE MCGOWAN ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: G. A. Lindsey, Attorney for Keith Maurice McGowan, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Keith Maurice McGowan.

            Respectfully submitted,

            LEURA GARRETT CANARY
            UNITED STATES ATTORNEY


            /s/ Emily M. Ruisanchez
            EMILY M. RUISANCHEZ
            Special Assistant United States Attorney
            Soldier Service Center, Bldg. 5700
            Fort Rucker, Alabama 36362
            Telephone: (334) 255-9141
            Fax: (334) 255-1869
            E-mail: emily.ruisanchez@us.army.mil